# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                            : NO. 962
                                  :

REAPPOINTMENTS TO THE       : SUPREME COURT RULES DOCKET
CONTINUING JUDICIAL EDUCATION   :
BOARD OF JUDGES              :

# ORDER

**PER CURIAM**

     **AND NOW,** this 17th day of October, 2023, the Honorable Steven C. Tolliver, Sr., Montgomery County, the Honorable John E. Jones, III (Ret.), Cumberland County, Professor William M. Carter, Jr., Allegheny County, and Professor Steven L. Chanenson, Delaware County, are hereby reappointed to the Continuing Judicial Education Board of Judges for a term of three years, commencing January 1, 2024.